CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

for Roanoke

NOV - 1 2012

JULIA C. DUDLEY, CLERK
BY: _____
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **GREGORY DONNELL USRY,** | ) | Civil Action No. 7:12-cv-00090 |
| Petitioner, | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **HAROLD W. CLARKE,** | ) | **By:**  Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to amend is **GRANTED**; respondent's motion to dismiss is **GRANTED**;

petitioner's motion to grant is **DENIED**; the petition for a writ of habeas corpus, pursuant to 28

U.S.C. § 2254, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is

**STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to petitioner and counsel of record for respondent.

**ENTER:**  This _____ day of November, 2012.

Senior United States District Judge