CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
NOV - 1 2012
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GREGORY DONNELL USRY, ) | Civil Action No. 7:12-cv-00090 | |
| Petitioner, ) | | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| HAROLD W. CLARKE, ) | By: Hon. Jackson L. Kiser | |
| Respondent. ) | Senior United States District Judge | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

ORDERED

that petitioner's motion to amend is **GRANTED**; respondent's motion to dismiss is **GRANTED**; petitioner's motion to grant is **DENIED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 1st day of November, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge